

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **DELMER B GARRETT** | ) | **05CV0399 CVE-PJC** |
| **Plaintiff,** | ) | Case No.__________ |
| **Vs.** | ) | **FILED** |
| **ENDEAVOR INDUSTRIES, INC., A foreign corporation,** | ) | JUL 1 3 2005 |
| **Autry Stephens,** | ) | Phil Lombardi, Clerk U.S. DISTRICT COURT |
| **Defendants.** | ) | |

**Title 18 PETITION AND CLAIM IN THE NATURE OF A CLAIM FOR INJURIES CAUSED BY BREACH OF DUTY AND FRAUD**

Combination of complaint under USC 1964(a)
Federal question Judicial 28 USC § 1331

US Code 30 USC Sec §1719, 1720 Chapter 29 of Oil and Gas Royalty and Minerals
SW Corner of Sec 27, Twp 22 N, R 13, Washington Co, Oklahoma

Under defrauding Mr Garrett we're asking under 28 US 1332 because the amount is controversial, exceeding $75,000.00 and punitive damages.

First Cause of Action: May, 2004 Endeavor purchased the line from Bellport purchased the line and the contracts and the obligation. Since then we've not received a royalty check.

Second Cause of Action: They abolished contract and verbal agreement between Bellport and I and started charging line charges of 14%.

Third Cause of Action 3: The contract with Bellport which Bellpoprt shows that they get 30% across the board. Endeavor is taking over 60%. Not only are they taking 60% of the working interest but they're taking all the royalty.

Fourth Cause of Action: Endeavor Energy defrauded Mr Garrett of the property in the form of gas and continued to defraud Mr Garrett of for Endeavor Energy defrauded bringing the Federal question and Endeavor Energy has entered stolen gas in the stream



forms fees S/I

of Interstate Commerce. Endeavor Energy cannot erect a defense, a mistake in fact due to being placed on notice 1 November 2004.

Fifth Cause of Action: Unsavory bookkeeping practices of defrauding and extortion of natural gas is a felony We would like an audit of such books to show the severity of the problem.

Conclusion: You should award Mr Garrett three times the amount of gas that was stolen plus punitive damages that's going across interstate commerce. You should aware Mr Garrett punitive damages because, in fact, it was his money. There's no factor or ignorance when you have the bookkeeping from Bellport to show the working and royalty interest. We'll be filing a title opinion with the petition to show the working interest and the royalty interest in which they were notified in November, 2004 of their unsavory bookkeeping practices.

Sincerely yours,

Delmer B Garrett

Delmer B Garrett

Prepared by Delmer B Garrett

STATE OF OKLAHOMA )
) §
WASHINGTON COUNTY )

Before me, the undersigned, a Notary Public in and for said county and state, on this 13th day of July, 2005 personally appeared_the person, personally known to me to be the identical person who executed the within and foregoing instrument, and acknowledged to me that he executed the same as his free and voluntary act and deed, for the uses and purposes therein set forth.

[signature]

Notary Public

SEAL

My commission expires: Aug. 24, 2007.

**Delmer B Garrett**
**38510 US HWY 75**
**Ramona, OK 74061**
**918-371-6424**

1 November 2004

Endeavor Energy Resources, L.P.
110 Marienfeld – St 200
Midland, TX 79701

Dear Sirs:

I request that you separate 3/16's out of the working interest, giving me two checks.

Thank you.

Sincerely,

Delmer B Garrett

Delmer B Garrett

Gordon #2 Garrett

SPECK PHILBIN ATTORNEYS

OKLAHOMA CITY, OKLAHOMA

February 12, 1999

**DIVISION ORDER
TITLE REVIEW AND REPORT WITH
DISTRIBUTION OF PROCEEDS INSTRUCTIONS**

Delmer B Garrett
38510 US Hwy 75
Ramona, OK 74061

| | |
|---|---|
| Well: | Gordon #2 Well (*Garrett Section 22 Lease*) (Coal Seam Gas) |
| Legal: | SW/4 NW/4<br>Section 22-T23N-R13E<br>Containing 40.00 Acres, More or Less<br>(the "Subject Property") |
| County: | Washington |
| State: | Oklahoma |
| Our File Number: | 342 |
| TEC's RP Number: | [*NO RCV*] |

Ladies and Gentlemen:

Pursuant to your request, this Division Order Title Review and Report is based on the examination of the records of the captioned County Clerk's Office. If any other information was examined, I have listed it on Exhibit "A" attached hereto and made a part hereof. Unless otherwise noted, all recording references are to the records of the captioned County, Oklahoma, Clerk's Office.

Subject to the Requirements set forth herein, I find record title to the Subject Property to be vested as set forth below as of January 12, 1999, at 8:00 a.m.

**RECORD TITLE INTERESTS**

**SURFACE OWNERSHIP:**

| | |
|---|---|
| Owner: | The heirs or devisees of Ruth Garrett, Deceased(1) |

EXHIBIT "F"

PAY INSTRUCTIONS

TO: TEC RESOURCES, L.L.C.

FROM: JAMES D. KALLSTROM

DATE: FEBRUARY 12, 1999, EFFECTIVE JANUARY 121, 1999, AT 8:00 AM

Subject to Comments and Requirements, you may distribute proceeds from the sale of coal seam gas from any well on the captioned land as follows:

| | | |
|---|---|---|
| Delmer B Garrett<br>38510 US Hwy 75<br>Ramona, OK 74061 | 0 | 21.75 RI |
| Delmer B Garrett<br>38510 US Hwy 75<br>Ramona, OK 74061 | 100% | .7825000 WI |

RECAPITULATION

| | |
|---|---|
| TOTAL ROYALTY INTERST | 21.75 RI |
| OVERRIDING ROYALTY INTERST | .0300000 |
| TOTAL WORKING INTEREST | .7825000 WI |
| TOTAL NET REVENUE INTEREST | 1.0000000 |

31: REVENUE PAYABLES HISTORICAL TOTALS FOR DATE - *ALL* *ALL* RP06P:136 PAGE: 1

RP2CP Inquiry/Print Owner Paid History FWX 06:25-AM JUL 12,2005

FROM RUN MONTH:*ALL* THRU RUN MONTH:*ALL* WELL# 590910

| REFER/SEQ. & TYPE | RUN REV M/Y TYPE | VOLUME MCF/BBL | NET MCF/BBL | TOTAL SALES | NET SALES | TOTAL TAXES | NET TAXES | NET OTHER DEDUCTS | CHECK NUMBER | CHECK DATE | NET REVENUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CAR126 : DELMER GARRETT | | | | 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 | NOT INCORPORATED | | ALL REVENUE INTEREST | | | | |
| 590910 | GARRETT GORDON #2 | | | | | | | | | | |
| 013101 A | 1/01WG | -381 | -333 | 1,850.33 | -1,519.04 | -133.16 | -116.52 | .00 | 9380 | 05/15/02 | -1,502.52 |
| | RG | | -48 | | -231.29 | | -16.64 | .00 | 9380 | 05/15/02 | -214.65 |
| 0131001 R | 1/01WG | 381 | 333 | 1,850.38 | 1,619.08 | 133.16 | 116.52 | .00 | 1421 | 05/15/01 | 1,502.56 |
| | RG | | 48 | | 231.30 | | 16.64 | .00 | 1421 | 05/15/01 | 214.66 |
| 013101 R | 1/01WG | 381 | 333 | 1,850.38 | 1,619.08 | 133.16 | 116.52 | .00 | 9380 | 05/15/02 | 1,502.56 |
| | RG | | 48 | | 231.30 | | 16.64 | .00 | 9380 | 05/15/02 | 214.66 |
| 022901 R | 2/01WG | 585 | 512 | 1,932.81 | 1,691.31 | 139.32 | 121.74 | .00 | 1770 | 04/15/01 | 1,569.47 |
| | RG | | 73 | | 241.60 | | 17.38 | .00 | 1770 | 04/15/01 | 224.22 |
| 033101 R | 3/01WG | 1449 | 1,268 | 4,042.19 | 3,536.32 | 290.97 | 254.60 | .00 | 1421 | 05/15/01 | 3,282.32 |
| | RG | | 181 | | 505.27 | | 36.37 | .00 | 1421 | 05/15/01 | 468.90 |
| 043001 R | 4/01WG | 1394 | 1,220 | 3,880.80 | 3,396.70 | 279.34 | 244.43 | .00 | 7719 | 06/15/01 | 3,151.27 |
| | RG | | 174 | | 485.10 | | 34.91 | .00 | 7719 | 06/15/01 | 450.19 |
| 053101 R | 5/01WG | 1581 | 1,383 | 3,595.87 | 3,146.39 | 258.86 | 226.50 | .00 | 7889 | 07/16/01 | 2,919.89 |
| | RG | | 198 | | 449.48 | | 32.36 | .00 | 7889 | 07/16/01 | 417.12 |
| 063001 R | 6/01WG | 1531 | 1,340 | 2,928.86 | 2,562.75 | 210.85 | 184.49 | .00 | 8051 | 08/15/01 | 2,378.26 |
| | RG | | 191 | | 366.11 | | 26.36 | .00 | 8051 | 08/15/01 | 339.75 |
| 073101 R | 7/01WG | 1277 | 1,117 | 2,190.29 | 1,916.50 | 157.71 | 138.00 | .00 | 8214 | 09/15/01 | 1,778.50 |
| | RG | | 160 | | 273.79 | | 19.71 | .00 | 8214 | 09/15/01 | 254.08 |
| 083001 R | 8/01WG | 1658 | 1,451 | 3,566.01 | 3,246.36 | 184.77 | 161.68 | .00 | 8373 | 10/15/01 | 2,083.58 |
| | RG | | 207 | | 320.75 | | 23.09 | .00 | 8373 | 10/15/01 | 297.66 |
| 093001 R | 9/01WG | 1736 | 1,519 | 1,935.43 | 1,693.50 | 139.41 | 121.99 | .00 | 8523 | 11/15/01 | 1,571.51 |
| | RG | | 217 | | 241.93 | | 17.42 | .00 | 8523 | 11/15/01 | 224.51 |
| 103101 R | 10/01WG | 1832 | 1,603 | 2,367.82 | 2,071.84 | 170.53 | 149.21 | .00 | 8685 | 12/15/01 | 1,922.63 |
| | RG | | 229 | | 295.98 | | 21.32 | .00 | 8685 | 12/15/01 | 274.66 |
| 113001 R | 11/01WG | 1637 | 1,432 | 1,985.10 | 1,736.96 | 142.98 | 125.10 | .00 | 8852 | 01/15/02 | 1,611.86 |
| | RG | | 205 | | 248.14 | | 17.88 | .00 | 8852 | 01/15/02 | 230.26 |
| 123101 R | 12/01WG | 1537 | 1,345 | 1,878.74 | 1,643.90 | 135.82 | 116.41 | .00 | 8982 | 02/15/02 | 1,525.49 |
| | RG | | 192 | | 234.84 | | 16.91 | .00 | 8982 | 02/15/02 | 217.93 |
| 013102 R | 1/02WG | 1764 | 1,544 | 2,555.83 | 2,236.35 | 184.05 | 161.05 | .00 | 9143 | 03/15/02 | 2,075.30 |
| | RG | | 221 | | 315.48 | | 23.00 | .00 | 9143 | 03/15/02 | 296.48 |
| 022802 R | 2/02WG | 1592 | 1,393 | 1,696.43 | 1,494.38 | 122.20 | 106.93 | .00 | 9237 | 04/15/02 | 1,377.45 |
| | RG | | 199 | | 212.05 | | 15.27 | .00 | 9217 | 04/15/02 | 196.78 |
| 033102 R | 3/02WG | 1176 | 1,029 | 1,499.87 | 1,312.39 | 108.03 | 94.52 | .00 | 9380 | 05/15/02 | 1,217.87 |
| | RG | | 147 | | 187.48 | | 13.51 | .00 | 9380 | 05/15/02 | 173.97 |
| 043002 R | 4/02WG | 1253 | 1,096 | 2,291.32 | 2,004.91 | 164.97 | 144.35 | .00 | 9583 | 06/15/02 | 1,860.56 |
| | RG | | 157 | | 286.41 | | 20.62 | .00 | 9583 | 06/15/02 | 265.79 |
| 053102 R | 5/02WG | 980 | 858 | 1,713.86 | 1,499.63 | 123.40 | 107.98 | .00 | 9855 | 07/22/02 | 1,391.65 |
| | RG | | 123 | | 214.23 | | 15.42 | .00 | 9761 | 07/15/02 | 198.81 |
| 073102 R | 6/02WG | 1436 | 1,257 | 2,438.38 | 2,133.58 | 175.57 | 153.63 | .00 | 9964 | 08/15/02 | 1,979.95 |
| | RG | | 180 | | 304.80 | | 21.94 | .00 | 9897 | 08/15/02 | 282.86 |
| 083002 R | 7/02WG | 1368 | 1,197 | 2,278.47 | 1,993.66 | 164.05 | 143.55 | .00 | 10063 | 09/15/02 | 1,850.11 |
| | RG | | 171 | | 284.81 | | 20.50 | .00 | 10063 | 09/15/02 | 264.31 |

31 REVENUE PAYABLES HISTORICAL TOTALS FOR DATE *ALL* *ALL* RP06P.136 PAGE: 4
RP26P Inquiry/Print Owner Paid History PWK 06:25 AM JUL 12,2005
FROM RUN MONTH:*ALL* THRU RUN MONTH:*ALL* WELL# 590910

| RSYSR/SEQ. & TYPE | RUN REV M/Y TYPE | VOLUME MCF/BBL | NET MCF/BBL | TOTAL SALES | NET SALES | TOTAL TAXES | NET TAXES | NET OTHER DEDUCTS | CHECK NUMBER | CHECK DATE | NET REVENUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRAND GAS TOTALS | | | | 91,494.35 | | 6,586.91 | | .00 | | | |
| | | | 43,997 | | 91,494.35 | | 6,586.91 | | | | 84,907.44 |
| GRAND TOTAL | | | | 91,494.35 | | 6,586.91 | | .00 | | | |
| | | | | | 91,494.35 | | 6,586.91 | | | | 84,907.44 |

31: REVENUE PAYABLES HISTORICAL TOTALS FOR DATE - *ALL* *ALL* RP06P.136 PAGE: 1

RP26P - Inquiry/Print Owner Paid History PWK 06:25-AM JUL 12,2005

FROM RUN MONTH:*ALL* THRU RUN MONTH:*ALL* WELL# 590910

GAR125 : DELMER GARRETT 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 NOT INCORPORATED ALL REVENUE INTEREST

590910 GARRETT GORDON #2

| REFER/SEQ. & TYPE | RUN REV M/Y TYPE | VOLUME MCF/BBL | NET MCF/BBL | TOTAL SALES | NET SALES | TOTAL TAXES | NET TAXES | NET OTHER DEDUCTS | CHECK NUMBER | CHECK DATE | NET REVENUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CHECK TOTALS | 2 566.01 | | 184.77 | .00 | 8373 | 10/15/01 | 2,381.24 |
| | | | | CHECK TOTALS | 1 935.43 | | 139.41 | .00 | 8523 | 11/15/01 | 1,796.02 |
| | | | | CHECK TOTALS | 2 367.82 | | 170.53 | .00 | 8685 | 12/15/01 | 2,197.29 |
| | | | | CHECK TOTALS | 1 985.10 | | 142.98 | .00 | 8852 | 01/15/02 | 1,842.12 |
| | | | | CHECK TOTALS | 1 878.74 | | 135.32 | .00 | 8982 | 02/15/02 | 1,743.42 |
| | | | | CHECK TOTALS | 2.555 83 | | 184.05 | .00 | 9143 | 03/15/02 | 2,371.78 |
| | | | | CHECK TOTALS | 1.696.43 | | 122.20 | .00 | 9237 | 04/15/02 | 1,574.23 |
| | | | | CHECK TOTALS | 1.499.92 | | 108.03 | .00 | 9380 | 05/15/02 | 1,391.89 |
| | | | | CHECK TOTALS | 2.291.32 | | 164.97 | .00 | 9583 | 06/15/02 | 2.126.35 |
| | | | | CHECK TOTALS | 214.23 | | 15.42 | .00 | 9761 | 07/15/02 | 198.81 |
| | | | | CHECK TOTALS | 1.499.63 | | 107.98 | 00 | 9855 | 07/22/02 | 1,391.65 |
| | | | | CHECK TOTALS | 304.80 | | 21.94 | .00 | 9897 | 08/15/02 | 282.86 |
| | | | | CHECK TOTALS | 2,133.58 | | 153.63 | .00 | 9964 | 08/15/02 | 1,979.95 |
| | | | | CHECK TOTALS | 2.278.47 | | 164.05 | .00 | 10063 | 09/15/02 | 2,114.42 |
| | | | | CHECK TOTALS | 282.20 | | 20.32 | .00 | 10206 | 10/15/02 | 261.88 |
| | | | | CHECK TOTALS | 1,975.41 | | 142.24 | .00 | 10297 | 10/15/02 | 1,833.17 |
| | | | | CHECK TOTALS | 2,471.61 | | 177.96 | .00 | 10358 | 12/06/02 | 2,293.65 |
| | | | | CHECK TOTALS | 16.51 | | 1.20 | .00 | 10512 | 12/23/02 | 15.31 |
| | | | | CHECK TOTALS | 115 67 | | 8 32 | .00 | 10589 | 12/23/02 | 107.29 |
| | | | | CHECK TOTALS | 422.62 | | 30.42 | .00 | 10796 | 03/14/03 | 392.20 |
| | | | | CHECK TOTALS | 5,438.66 | | 391.50 | .00 | 11763 | 04/30/03 | 5,047.16 |
| | | | | CHECK TOTALS | 776.95 | | 55.92 | .00 | 11764 | 04/30/03 | 721.03 |
| | | | | CHECK TOTALS | 4,786.57 | | 344.50 | .00 | 11204 | 05/28/03 | 4,442.07 |
| | | | | CHECK TOTALS | 683 80 | | 49.20 | .00 | 11205 | 05/28/03 | 634.60 |
| | | | | CHECK TOTALS | 2.749.21 | | 197.90 | .00 | 11249 | 06/26/03 | 2,551.31 |
| | | | | CHECK TOTALS | 392 74 | | 28.26 | .00 | 11250 | 06/26/03 | 364.48 |
| | | | | CHECK TOTALS | 368.69 | | 26.53 | .00 | 11426 | 07/17/03 | 342.16 |
| | | | | CHECK TOTALS | 2,580.80 | | 185.77 | .00 | 11489 | 07/17/03 | 2,395.03 |
| | | | | CHECK TOTALS | 432.15 | | 31.10 | .00 | 11586 | 08/15/03 | 401.05 |
| | | | | CHECK TOTALS | 3,025.04 | | 217.74 | .00 | 11646 | 08/15/03 | 2,807.30 |
| | | | | CHECK TOTALS | 3,049 46 | | 219.50 | .00 | 11817 | 09/16/03 | 2,829.96 |
| | | | | CHECK TOTALS | 345.71 | | 24.89 | .00 | 11983 | 10/16/03 | 320.82 |
| | | | | CHECK TOTALS | 2.419.99 | | 174.21 | .00 | 12043 | 10/16/03 | 2,245.78 |
| | | | | CHECK TOTALS | 2,741.79 | | 197.37 | .00 | 11725 | 11/26/03 | 2,544.42 |
| | | | | CHECK TOTALS | 391.68 | | 28.18 | .00 | 11726 | 11/26/03 | 363.50 |
| | | | | CHECK TOTALS | 333.78 | | 24.02 | .00 | 12209 | 12/22/03 | 309.76 |
| | | | | CHECK TOTALS | 2,336.50 | | 169.21 | 00 | 12285 | 12/23/03 | 2,168.29 |
| | | | | CHECK TOTALS | 302.19 | | 21.75 | .00 | 12356 | 01/21/04 | 280.44 |
| | | | | CHECK TOTALS | 2,115.35 | | 152.29 | .00 | 12406 | 01/21/04 | 1,963.06 |
| | | | | CHECK TOTALS | 294.06 | | 21.16 | .00 | 12466 | 02/26/04 | 272.90 |
| | | | | CHECK TOTALS | 2,058.44 | | 148.18 | .00 | 12517 | 02/26/04 | 1,910.26 |

31: REVENUE PAYABLES HISTORICAL TOTALS FOR DATE - *ALL* *ALL* RP06P:136 PAGE: 2

RP26P Inquiry/Print Owner Paid History PWK 06:25-AM JUL 12,2005

FROM RUN MONTH:*ALL* THRU RUN MONTH:*ALL* WELL# 590910

GAR125 : DELMER GARRETT 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 NOT INCORPORATED ALL REVENUE INTEREST

590910 GARRETT GORDON #2

| RMPCR/SEQ. & TYPE | RUN REV M/Y TYPE | VOLUME MCF/BBL | NET MCF/BBL | TOTAL SALES | NET SALES | TOTAL TAXES | NET TAXES | NET OTHER DEDUCTS | CHECK NUMBER | CHECK DATE | NET REVENUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 093002 R | 8/02WG | 1487 | 1,301 | 2,257.61 | 1,975.41 | 162.56 | 142.24 | .00 | 10297 | 10/15/02 | 1,833.17 |
| | RG | | 186 | | 282.20 | | 20.32 | .00 | 10206 | 10/15/02 | 261.88 |
| 103102 R | 9/02WG | 1452 | 1,271 | 2,471.61 | 2,162.66 | 177.96 | 155.72 | .00 | 10358 | 12/06/02 | 2,006.94 |
| | RG | | 182 | | 308.95 | | 22.24 | .00 | 10358 | 12/06/02 | 286.71 |
| 113002 R | 10/02WG | 68 | 60 | 132.12 | 115.61 | 9.52 | 8.32 | .00 | 10589 | 12/23/02 | 107.29 |
| | RG | | 9 | | 16.51 | | 1.20 | .00 | 10512 | 12/23/02 | 15.31 |
| 013103 R | 12/02WG | 1565 | 1,369 | 3,380.94 | 2,958.32 | 243.40 | 212.98 | .00 | 10885 | 03/14/00 | 2,745.34 |
| | RG | | 196 | | 422.62 | | 30.42 | .00 | 10796 | 03/14/03 | 392.20 |
| 022503-2 R | 1/03WG | 1201 | 1,051 | 2,966.12 | 2,595.36 | 213.52 | 186.84 | .00 | 11763 | 04/30/03 | 2,408.52 |
| | RG | | 150 | | 370.76 | | 26.68 | .00 | 11764 | 04/30/03 | 344.08 |
| 032503 3 R | 2/03WG | 1101 | 963 | 3,249.49 | 2,843.30 | 233.90 | 204.66 | .00 | 11763 | 04/30/03 | 2,638.64 |
| | RG | | 138 | | 406.19 | | 29.24 | .00 | 11764 | 04/30/03 | 376.95 |
| 042503 R | 3/03WG | 1146 | 1,003 | 5,470.37 | 4,786.57 | 393.70 | 344.50 | .00 | 11204 | 05/28/03 | 4,442.07 |
| | RG | | 143 | | 683.80 | | 49.20 | .00 | 11205 | 05/28/03 | 634.60 |
| 052503-1 R | 4/03WG | 1157 | 1,012 | 3,141.95 | 2,749.21 | 226.16 | 197.90 | .00 | 11249 | 06/26/03 | 2,551.31 |
| | RG | | 145 | | 392.74 | | 28.26 | .00 | 11250 | 06/26/03 | 364.48 |
| 062403A R | 5/03WG | 1119 | 979 | 2,949.49 | 2,580.80 | 212.30 | 185.77 | .00 | 11489 | 07/17/03 | 2,395.03 |
| | RG | | 140 | | 368.69 | | 26.53 | .00 | 11426 | 07/17/03 | 342.16 |
| 072503A R | 6/03WG | 1100 | 963 | 3,457.19 | 3,025.04 | 248.84 | 217.74 | .00 | 11646 | 08/15/03 | 2,807.30 |
| | RG | | 138 | | 432.15 | | 31.10 | .00 | 11586 | 08/15/03 | 401.05 |
| 082503 R | 7/03WG | 1107 | 969 | 3,049.46 | 2,668.28 | 219.50 | 192.07 | .00 | 11817 | 09/16/03 | 2,476.21 |
| | RG | | 138 | | 381.18 | | 27.43 | .00 | 11817 | 09/16/03 | 353.75 |
| 092503A R | 8/03WG | 1080 | 945 | 2,765.70 | 2,419.99 | 199.10 | 174.21 | .00 | 12043 | 10/16/03 | 2,245.78 |
| | RG | | 135 | | 345.71 | | 24.89 | .00 | 11983 | 10/16/03 | 320.82 |
| 102303 R | 9/03WG | 1154 | 1,010 | 3,133.47 | 2,741.79 | 225.55 | 197.37 | .00 | 11725 | 11/26/03 | 2,544.42 |
| | RG | | 144 | | 391.68 | | 28.18 | .00 | 11726 | 11/26/03 | 363.50 |
| 112503 R | 10/03WG | 1107 | 969 | 2,670.28 | 2,336.50 | 192.23 | 168.21 | .00 | 12285 | 12/23/03 | 2,168.29 |
| | RG | | 138 | | 333.78 | | 24.02 | .00 | 12209 | 12/22/03 | 309.76 |
| 122503 R | 11/03WG | 1046 | 915 | 2,417.54 | 2,115.35 | 174.04 | 152.29 | .00 | 12406 | 01/21/04 | 1,963.06 |
| | RG | | 131 | | 302.19 | | 21.75 | .00 | 12356 | 01/21/04 | 280.44 |
| 012004A R | 12/03WG | 934 | 817 | 2,352.50 | 2,058.44 | 169.34 | 148.18 | .00 | 12537 | 02/26/04 | 1,910.26 |
| | RG | | 117 | | 294.06 | | 21.16 | .00 | 12466 | 02/25/04 | 272.90 |
| WELL -GAS- TOTAL | | 43991 | 43,997 | 91,494.35 | 91,494.35 | 6586.91 | 6586.91 | .00 | | | 84,907.44 |
| WELL GRAND TOTAL | | | | 91,494.35 | 91,494.35 | 6586.91 | 6586.91 | .00 | | | 84,907.44 |
| OWNER GAS- TOTAL | | 43991 | 43,997 | 91,494.35 | 91,494.35 | 6586.91 | 6586.91 | .00 | | | 84,907.44 |
| OWNER GRAND TOTAL | ******************** | | | 91,494.35 | 91,494.35 | 6586.91 | 6586.91 | .00 | | | 84,907.44 |
| | | | | CHECK TOTALS | 2,958.32 | | 212.98 | .00 | 10885 | 03/14/00 | 2,745.34 |
| | | | | CHECK TOTALS | 1,932.81 | | 139.12 | .00 | 1770 | 04/15/01 | 1,793.69 |
| | | | | CHECK TOTALS | 5,892.57 | | 424.13 | .00 | 1421 | 05/15/01 | 5,458.44 |
| | | | | CHECK TOTALS | 3,880.80 | | 279.34 | .00 | 7719 | 06/15/01 | 3,601.46 |
| | | | | CHECK TOTALS | 3,595.87 | | 258.86 | .00 | 7889 | 07/15/01 | 3,337.01 |
| | | | | CHECK TOTALS | 2,928.86 | | 210.85 | .00 | 8051 | 08/15/01 | 2,718.01 |
| | | | | CHECK TOTALS | 2,190.29 | | 157.71 | .00 | 8314 | 09/15/01 | 2,032.58 |